IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00047-EWN-PAC

RURAL HEALTH PLANS INITIATIVE,
(RHPI) a Colorado corporation,

    Plaintiff(s),

v.

AIG LIFE INSURANCE COMPANY, a foreign corporation,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion for Protective Order to Protect the Discovery and Dissemination of Confidential Information and Documents [filed February 14, 2007; Doc. No. 14] is **GRANTED**. The Stipulated Protective Order to Protect the Discovery and Dissemination of Confidential Information and Documents is made an order of the Court this date.

Dated:  February 15, 2007