IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00047-EWN-PAC

RURAL HEALTH PLANS INITIATIVE,
(RHPI) a Colorado corporation,

    Plaintiff(s),

v.

AIG LIFE INSURANCE COMPANY, a foreign corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Complaint (Doc. #24), filed April 10, 2007, is **GRANTED**.

    Plaintiff's First Amended Complaint and Jury Demand, attached to Doc. #24, shall be filed this date.

Dated:  April 12, 2007