IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00047-EWN-PAC

RURAL HEALTH PLANS INITIATIVE,
(RHPI) a Colorado corporation,

    Plaintiff(s),

v.

AIG LIFE INSURANCE COMPANY, a foreign corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Vacate and Reset Settlement Conference Currently Scheduled for June 28, 2007 [Doc. #32; filed May 31, 2007] is **GRANTED** as follows:

    The Settlement Conference set for June 28, 2007 is ***vacated and reset*** to **August 13, 2007 at 10:30 a.m,** 5th Floor, Arraj Courthouse.

    Confidential Settlement Statements are due on or before **August 7, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to the Magistrate Judge.

    ***Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 4, 2007